UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JENNIFER WILSON, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-1170-JCM-RJJ |
| ) | |
| vs. ) | |
| ) | |
| WAL-MART STORES, INC., etc., *et al*., ) | **ORDER** |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on November 18, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __9th__ day of August, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge