DAVID R. KEENE, II, ESQ., Bar #11826
LITTLER MENDELSON
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone:    702.862.8800
Fax No.:      702.862.8811

Attorneys for Defendant
WALMART STORES, INC.

JAMES P. KEMP, ESQ., Bar #006375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
Telephone:    702.258.1183
Fax No:       702.258.6983

Attorneys for Plaintiff
JENNIFER WILSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER WILSON,<br><br>           Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC., *et al.*,<br><br>           Defendants. | Case No. 2:11-CV-01170-JCM-CWH<br><br>**STIPULATION AND ORDER TO AMEND DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**[FIRST REQUEST]** |

Defendant Walmart Stores, Inc. ("Defendant") and Plaintiff Jennifer Wilson ("Plaintiff"), by and through their undersigned counsel, hereby agree and stipulate to amend the Discovery Plan and Scheduling Order (**Dkt #13**), by extending the current discovery cut-off date of January 17, 2012, for a period of ninety (90) days, up to and including **April 16, 2012,** along with other dates to be extended as follows:

**1. Dispositive Motions:**

The parties shall file dispositive motions 30 days after the extended discovery cut-off date, and therefore not later than **May 16, 2012.**

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89109
702.862.8800

**2. Pretrial Order:**

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed 30 days after the date set for filing dispositive motions, and therefore not later than **June 15, 2012**. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the Court enters a ruling on the dispositive motions, or otherwise by further order of the Court.

**3. Interim Status Reports:**

In accordance with Local Rule 26-3, an Interim Status Report will be filed by the parties with the Court 60 days prior to the extended discovery cut-off date, and therefore not later than **February 16, 2012**.

**4. Extensions or Modifications of the Discovery Plan and Scheduling Order:**

In accordance with Local Rule 26-4, any stipulation or motion for further modification or extension of this discovery plan and scheduling order must be made no later than 20 days prior to the extended discovery cut-off date, and therefore not later than **March 27, 2012**.

**DISCOVERY COMPLETED TO DATE**

The parties have exchanged disclosures of documents pursuant to FRCP 26(a)(1). The parties have propounded initial written discovery, and are waiting for responses. An ENE conference was previously held in this matter before Magistrate Judge Cam Ferenbach, but a settlement was not reached.

**DISCOVERY TO BE COMPLETED**

Written discovery is ongoing in this case. The parties anticipate the taking of several depositions upon the receipt of the written discovery responses.

**REASONS FOR EXTENSION TO COMPLETE DISCOVERY**

This extension is necessary to allow both parties ample time to complete all appropriate discovery. Specifically, additional time is needed, among other reasons, to complete written discovery before the deposition phase of discovery can begin. Further, postponement and rescheduling of the ENE conference until late in the discovery period delayed the issuance of written discovery. The parties believe that, absent any unforeseen circumstances, all necessary discovery

2.

can be accomplished by the requested extended deadline.

This extension is sought in good faith, and not for purposes of undue delay.

### NEW DISCOVERY DEADLINES

Accordingly, the parties stipulate, subject to approval of this Court, to the following new deadlines:

**Interim Status Report Due** .................................................. **February 16, 2012**
**Deadline to File Extension or Modification of Discovery Plan** ......... **March 27, 2012**
**Discovery Deadline** ............................................................. **April 16, 2012**
**Dispositive Motion Deadline** ................................................ **May 16, 2012**
**Joint Pre-Trial Order** .......................................................... **June 15, 2012**

With regard to the extended deadline for the Joint Pre-Trial Order, if dispositive motions are filed with the Court, the deadline for the parties to file the Joint Pre-Trial Order will be extended to a date thirty (30) days following the entry of the Court's Order ruling on any such dispositive motion(s) filed by the parties.

Dated: December 28, 2011                                   Dated: December 28, 2011

Respectfully submitted,                                      Respectfully submitted,

/s/ James P. Kemp, Esq.                                     /s/ David R. Keene, II, Esq.
JAMES P. KEMP, ESQ.                                         DAVID R. KEENE, II, ESQ.
KEMP & KEMP                                                 LITTLER MENDELSON

Attorneys for Plaintiff                                     Attorneys for Defendant
JAMES P. KEMP                                               WALMART STORES, INC.

### ORDER

December 29, 2011
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE /
MAGISTRATE JUDGE

Firmwide:106084183.1 015602.7854

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89109
702.862.8800